IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION


THERESE MOLZBERGER                                                    PLAINTIFF

V.                                                          CIVIL NO. 2:02CV317-JAD

HWCC-TUNICA, INC.
d/b/a HOLLYWOOD CASINO                                                DEFENDANT


## FINAL JUDGMENT

In accordance with the memorandum opinion issued this day, summary judgment is granted

for the defendant, and this case is dismissed with prejudice with costs assessed to the plaintiff.

**IT IS SO ORDERED**.

THIS the 8th day of July, 2005.


/s/ JERRY A. DAVIS
UNITED STATES MAGISTRATE JUDGE